MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiffs Bank of America, N. A. Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, L.P. and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOAN SERVICING LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE GROVE HOMEOWNERS ASSOCIATION AND SANDOR FEHER,<br><br>Defendants. | Case No.: 2:16-cv-02939-RFB-PAL<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER AUTHORIZING SERVICE OF SUMMONS AND COMPLAINT UPON DEFENDANT SANDOR FEHER BY PUBLICATION AND ORDER ENLARGING TIME FOR SERVICE OF PROCESS** |

This matter is before the Court on plaintiffs Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, L.P. ("Plaintiffs") and Federal National Mortgage Association's ("FNMA") (collectively, "Plaintiffs") motion for an order authorizing service of the summons and complaint upon defendant Sandor Feher by publication pursuant to NRCP 4(e) and for an order enlarging the time for service up to and through a date sixty days. {ECF No. 18.}

Upon review of the pleadings, declarations, and evidence presented, it appears to the satisfaction of the Court and the Court finds:

1. Plaintiffs have a valid cause of action against Feher;

1

2. Feher is a necessary and proper party;

3. NRCP 4(d) provides for publication of the summons and complaint under the circumstances;

4. The Las Vegas Review-Journal is a newspaper of general circulation published in Clark County, Nevada;

5. Plaintiffs have diligently attempted to serve Feher within the state of Nevada; and

6. There is good cause to extend the time for service of the summons and complaint upon Feher for an additional sixty days.

IT IS HEREBY ORDERED that the summons and complaint in this suit be served on defendant Feher by publication thereof in the above-named newspaper and that the publication be made for a period of four weeks and at least once per week.

IT IS FURTHER ORDERED that the time for service of the summons and complaint upon defendant Feher is extended for an additional sixty (60) days through and including __June__ 14 2017.

DATED: __April 14__, 2017

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2